**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

CEM

FILED
**DECEMBER 18, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7096**

In the Matter of                                                    Case Number:

Michael Neal
vs.
Commonwealth Edison Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Michael Neal

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Charles Siedlecki |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles Siedlecki |
| FIRM |
| Charles Siedlecki and Associates, P.C. |
| STREET ADDRESS |
| 10540 South Western Avenue, Suite 405 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60643 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6243885 | (773) 881-2535 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐