IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7096 |
| | ) | |
| vs. | ) | Honorable Judge Gettleman |
| | ) | |
| COMMONWEALTH EDISON COMPANY, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Defendant Commonwealth Edison Company ("ComEd"), pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Eastern Division, provides the following Notification of Affiliates Disclosure Statement.

ComEd is a wholly owned subsidiary of Exelon Energy Delivery Company, LLC. Exelon Energy Delivery Company, LLC, in turn, is a wholly owned subsidiary of Exelon Corporation. Exelon Corporation is a publicly traded company.

February 19, 2008

Respectfully submitted,

COMMONWEALTH EDISON COMPANY

By:     s/ Kent Sezer
         One of its attorneys

Lawrence Kent Sezer
Exelon Business Services
10 S. Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7831
(312) 394-4895
Attorneys for Defendants

C120446