UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michael Neal
                                         Plaintiff,
v.                                                    Case No.: 1:07−cv−07096
                                                      Honorable Robert W. Gettleman
Commonwealth Edison Company
                                         Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

    MINUTE entry before Judge Honorable Robert W. Gettleman:Status hearing held on 3/25/2008. Discovery ordered closed 10/29/2008. Status hearing set for 10/29/2008 at 09:00 a.m. Voir Dire is set for 2/2/2009 at 09:30 a.m.mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.