UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michael Neal

                         Plaintiff,

v.                                              Case No.: 1:07−cv−07096
                                               Honorable Robert W. Gettleman

Commonwealth Edison Company

                         Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, )mailed notice.

Dated: March 31, 2008

                                                                                 /s/ Robert W. Gettleman

                                                                              United States District Judge