IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 06 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Michael Neal,

    Plaintiff,

v.

Commonwealth Edison Company,

    Defendant.

Case No. 07 C 7096

Magistrate Judge
Martin C. Ashman

### STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before __July 18, 2008__ (Date) for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 6th day of June, 2008.

_____
Attorney for Plaintiff

_____
Attorney for Defendant