# United States District Court
# Northern District of Illinois

In the Matter of

Michael Neal

v.                                              Case No. 07 C 7096

Commonwealth Edison Co.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR
### A REASSIGNMENT TO MAGISTRATE JUDGE

The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Martin C. Ashman** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

_____
Judge Robert W. Gettleman

Dated: June 9, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Martin C. Ashman** of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUN 1 0 2008

Reassign/Designated Magistrate Judge (Rev. 9/99)



**Parties have consented to have the designated magistrate conduct:**

- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**

- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.